

Alfons D'Auria

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
alfons@lipskylowe.com

www.lipskylowe.com

August 4, 2021

VIA ECF
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> *The Application, though untimely, is GRANTED. The deadline for the parties to submit their joint letter and settlement agreement is extended until **August 9, 2021.** The Clerk of Court is directed to terminate ECF No. 46. SO ORDERED.*
>
> *August 5, 2021*

Re:    Cortes v. Grace 365 Group, *et al.*,
        20-cv-8704 (JMF)

Dear Judge Furman:

This firm represents the Plaintiff in this Fair Labor Standards Act matter. We write pursuant to Rule 1(F) of Your Honor's Individual Rules to respectfully request an extension of time from August 4, 2021 until August 9, 2021, to file a letter motion for approval of settlement and the accompanying settlement agreement. Defendants consent to this request. This is the parties' first request for an extension of this deadline.

The parties have been working diligently to meet this deadline, and remained optimistic that they would be able to do so. The Court was advised of the settlement on July 21, 2021 by the Court-annexed mediation program. Plaintiffs provided Defendants with a draft of the settlement agreement on July 26, 2021, were provided with Defendants initial edits on August 3, 2021, and the parties finalized the agreement on August 4, 2021. However, this office has been unable to obtain all Plaintiff's signatures at this time. The parties apologize to the Court and Your Honor for this late request.

We thank the Court for its attention to this matter and remain available to provide any additional information.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Alfons D'Auria___
Alfons D'Auria


CC:    All counsel of record (Via ECF)